QUINN EMANUEL URQUHART & SULLIVAN, LLP
Randa A.F. Osman (Bar No. 150798)
randaosman@quinnemanuel.com
865 South Figueroa Street, Floor 10
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Lucas V.M. Bento (*pro hac vice forthcoming*)
Jingtian Chen (*pro hav vice forthcoming*)
lucasbento@quinnemanuel.com
jingtianchen@quinnemanuel.com
51 Madison Avenue, Floor 22
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioner*
*Shervin Pishevar*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782,<br><br>*Petitioner*. | Misc. Action No. _____<br><br>***EX PARTE* APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782** |

Petitioner Shervin Pishevar ("Petitioner"), pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 34, and 45, respectfully applies to this Court for an *ex parte* order in the form attached as Exhibit 1 to the Declaration of Lucas Bento dated February 23, 2021 (the "Bento Declaration"), authorizing Petitioner to take discovery for use in contemplated civil and criminal proceedings in the United Kingdom in the form of the subpoenas attached as Exhibit 2 to the Bento Declaration.

In support of its application and petition, Petitioner submits: (1) a Memorandum of Points and Authorities, (2) the Bento Declaration, (3) the Declaration of Lord Macdonald of River Glaven Kt QC dated February 16, 2021, (4) the Declaration of Charlotte Watson dated February 19, 2021, (5) a Request to Proceed Ex Parte, (6) a Notice of Interested Parties, and (7) a Notice of Pendency of Other Actions.

Dated: February 23, 2021

Respectfully submitted,

/s/ Randa A.F. Osman

Randa A.F. Osman (SBN 150798)
randaosman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. FIGUEROA ST., FLOOR 10
LOS ANGELES, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443 3100

Lucas V.M. Bento (*pro hac vice forthcoming*)
Jingtian Chen (*pro hac vice forthcoming*)
lucasbento@quinnemanuel.com
jingtianchen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE, FLOOR 22
NEW YORK, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioner Shervin Pishevar*