1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Randa A.F. Osman (Bar No. 150798)
2  randaosman@quinnemanuel.com
   865 South Figueroa Street, Floor 10
3  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
4  Facsimile:   (213) 443-3100

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Lucas V.M. Bento (*pro hac vice forthcoming*)
6  Jingtian Chen (*pro hav vice forthcoming*)
   lucasbento@quinnemanuel.com
7  jingtianchen@quinnemanuel.com
   51 Madison Avenue, Floor 22
8  New York, NY 10010
   Telephone:   (212) 849-7000
9  Facsimile:   (212) 849-7100

10 *Attorneys for Petitioner*
   *Shervin Pishevar*

11
                    **UNITED STATES DISTRICT COURT**
12
                    **CENTRAL DISTRICT OF CALIFORNIA**
13

14

15 | IN RE APPLICATION OF SHERVIN | Misc. Action No._____ |
16 | PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN | **DECLARATION OF LUCAS** |
   | FOREIGN PROCEEDINGS | **BENTO IN SUPPORT OF** |
17 | PURSUANT TO 28 U.S.C. § 1782, | **SHERVIN PISHEVAR'S** |
   |  | **APPLICATION FOR AN ORDER** |
18 | *Petitioner*. | **TO TAKE DISCOVERY FOR USE** |
   |  | **IN FOREIGN PROCEEDINGS** |
19 |  | **PURSUANT TO 28 U.S.C. § 1782** |

20

21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 1746, I, Lucas Bento, declare as follows:

1. I am an attorney duly admitted to practice in New York. My motion for admission Pro Hac Vice in this Court is forthcoming. I am Of Counsel in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Petitioner in this matter.

2. I submit this declaration in support of Mr. Shervin Pishevar ("**Petitioner**")'s *Ex Parte* Application and Petition For An Order to Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "**1782 Application**"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the 1782 Application and accompanying memorandum of law.

3. Attached as **Exhibit 1** is a proposed order granting Petitioner's 1782 Application.

4. Attached as **Exhibit 2** are draft subpoenas *duces tecum* and *ad testificandum* addressed to the Respondent Sam Anson.

5. Attached as **Exhibit 3** is a true and accurate copy of a Linkedin profile of the Respondent Sam Anson, available at: https://www.linkedin.com/in/sam-anson-6b61bb20/, which I caused to be printed on February 12, 2021.

6. Attached as **Exhibit 4** is a true and accurate copy of a webpage entitled "Sam Anson | REDACTED Los Angeles, CA 90026", available at: https://blockshopper.com/ca/los-angeles-county/los-angeles/property/5429029018/REDACTED, which I caused to be printed on February 12, 2021.

7. Attached as **Exhibit 5** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on September 17, 2019, which I caused to be printed on October 29, 2019.

8. Attached as **Exhibit 6** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on September 17, 2019, which I caused to be printed on October 29, 2019.

-2-

9.     Attached as **Exhibit 7** is a true and accurate copy of an email communication by Alison Anthoine to Lucas Bento on September 18, 2019, which I caused to be printed on October 29, 2019.

10.     Attached as **Exhibit 8** is a true and accurate copy of an email sent by Alison Anthoine to Lucas Bento on September 23, 2019, which I caused to be printed on October 29, 2019.

11.     Attached as **Exhibit 9** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on October 14, 2019, which I caused to be printed on October 29, 2019.

12.     Attached as **Exhibit 10** is a true and accurate copy of the order issued by Magistrate Judge Stewart D. Aaron, dated August 9, 2019, in *In re Application of Shervin Pishevar for an Order to Take Discovery for use in Foreign Proceedings Pursuant to 28 U.S.C. 1782*, No. 19-mc-00370, Dkt. 8 (S.D.N.Y.), which I caused to be printed on October 29, 2019.

13.     Attached as **Exhibit 11** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on August 29, 2019, which I caused to be printed on October 29, 2019.

14.     Attached as **Exhibit 12** is a true and accurate copy of a webpage entitled "About Fulbright / J. William Fulbright Foreign Scholarship Board (FFSB) / Members / Shervin Pishevar" located at URL https://eca.state.gov/fulbright/about-fulbright/j-william-fulbright-foreign-scholarshhip-board-ffsb/ffsb-members/shervin, which I caused to be printed on October 30, 2019.

15.     In the evening of February 5, 2021, I was contacted by the Respondent.  The Respondent communicated that he has information that may assist in the identification of the D.C. Source ("Identifying Information").  However, the Respondent did not disclose the Identifying Information to me.  Based on this development, on February 8, 2021, I sought the consent to adjourn the SDNY Hearing from opposing counsel in the Second SDNY 1782 Application.  Opposing counsel in

DECLARATION OF LUCAS BENTO

1   the Second SDNY 1782 Application provided their consent on February 9, 2021.

2   Accordingly, on February 9, 2021, Petitioner requested to adjourn the SDNY Hearing

3   pending investigation of this new information.  On February 10, 2021, the court in the

4   Second SDNY 1782 Application adjourned the SDNY Hearing until April 22, 2021.

5         16.    Between February 8 and February 12, 2021, I made several requests to

6   the Respondent to disclose the Identifying Information.  On February 12, 2021, the

7   Respondent informed me that he cannot share the Identifying Information unless

8   ordered to do so by a Subpoena.

9         17.    On February 15, 2021, I sent Respondent Sam Anson ("Respondent") an

10   email advising him of Petitioner's intention to file the aforementioned Application on

11   February 16, 2021, stating that Petitioner would seek to do so *ex parte*, and inquiring

12   whether Respondent would oppose the *ex parte* nature of the request.  Respondent

13   subsequently obtained counsel and his counsel, Dan Horwitz of McLaughlin & Stern,

14   responded on February 22, 2021 that the Respondent does not oppose the *ex parte*

15   nature of the Application.  Attached hereto as **Exhibit 13** is a true and correct copy of

16   emails exchanged between Respondent and me from February 15, 2021 to February

17   22, 2021.

18         18.    Accordingly, the Petitioner initiated this 1782 Application to obtain the

19   Identifying Information from the Respondent.

20         19.    No prior application for similar relief has been made by Petitioner.

21

22   I declare under penalty of perjury that the foregoing is true and correct to the best of

23   my knowledge.

24

25   Executed in New York, New York on February 23, 2021.

26

27                                     _____

28                                       Lucas V.M. Bento

-4-