# Exhibit 1

# Lord Macdonald of River Glaven QC

# (Ken Macdonald QC)

Matrix Chambers
Griffin Building
Gray's Inn
London
WC1R 5LN
Tel: +44 (0)20 7404 3447
kenmacdonald@matrixlaw.co.uk
DOB 4 January 1953

**APPOINTMENTS**

| | |
|---|---|
| **2015** | **Chair, The Orwell Foundation** |
| **2011** | **Warden, Wadham College, Oxford** |
| **2011** | **Council Member, Institute of Contemporary Arts** |
| **2011** | **Chair, Reprieve** |
| **2010** | **Independent Overseer, Government Review of Counter-Terrorism and Security Powers** |
| **2010** | **Member of the House of Lords** |
| **2010** | **Deputy High Court judge** |
| **2010** | **Member, Advisory Board of the Centre for Criminology, University of Oxford** |
| **2009** | **Visiting Professor of Law, London School of Economics** |
| **2007** | **Knight Bachelor, for services to the law** |
| **2004** | **Bencher of the Inner Temple** |
| **2003** | **Director of Public Prosecutions** |
| **2001** | **Recorder of the Crown Court** |
| **1997** | **Queen's Counsel** |

## PROFESSIONAL HISTORY

**2008 – present**            **Member: Matrix Chambers**

- Specialising in business and corporate crime and associated extraditions, financial regulatory work, corruption, export control violations, terrorism, and human rights law. Clients include overseas governments, international media organisations, banks, prominent British and foreign corporations, and many private individuals.

- Writes regularly for *The Times* on law, security and politics, and has a special interest in emerging international criminal liabilities.

- Liberal Democrat peer, with a special interest in criminal justice, security and rights.

- Appointed by the government to provide independent oversight of the Review of Counter – Terrorism and Security Powers, and to report to Parliament.

- Appointed by the European Commission to lead a mission to Turkey as part of the accession process and to report to the Commission on Turkey's adherence to principles of freedom of expression and freedom of the press.

- Succeeded the late Lord Bingham of Cornhill as Chair of Reprieve, the international anti-death penalty and prisoners' rights organisation.

- In the 2008 inaugural *Times Law 100,* listed fourth most influential lawyer in the United Kingdom, directly behind the Senior Law Lord, the Secretary of State for Justice and the Lord Chief Justice.


**2003 - 2008**            **Director of Public Prosecutions, Permanent Secretary and Head of the Crown Prosecution Service.**

*Leadership and law*
- Leading and directing the UK's principal prosecuting authority with a staff of 9,500 (including 3,000 practising lawyers) and accounting to Parliament for its performance
- Chairing the CPS Board and all its major internal committees
- Acting as Head of Profession for all lawyers, setting all UK prosecution policy over a period of 5 years
- Taking personal responsibility for the highest level of charging decisions and all key prosecution casework, including in all major national security cases
- Leading a major reform programme, including:
- Establishing the Counter Terrorism Division, the Organised Crime Division and the Special Crime Division, and making them acknowledged world leaders in their fields
- Implementing the Statutory Charging programme, transferring the responsibility for charging offences from the police to prosecutors
- Implementing the No Witness No Justice programme and opening 187 witness care units across England and Wales
- Rolling out a comprehensive electronic case management system on time and within budget
- Developing a major in-house advocacy programme to increase opportunity for our lawyers

- Developing and implementing an equality and diversity programme and transforming the Service into a Whitehall beacon in the field

*Policy*
- Personally advising ministers, including successive Prime Ministers, Home Secretaries, Justice Secretaries and Attorneys General on all aspects of security, justice and rights policy
- Briefing the Cabinet and emergency meetings of COBRA as required
- Examining all government proposals on security, rights and criminal justice and developing appropriate and sustainable responses and articulating them to government, Parliament and the public
- Giving evidence to Parliamentary Select Committees as summoned, including the Public Accounts Committee, the Home Affairs Select Committee, the Constitutional Affairs Select Committee, the Justice Select Committee, the Joint Committee on Human Rights and various Public Bill Scrutiny Committees

*Diplomacy and representation*
- Maintaining good and constructive working relations with other government departments, sometimes in the face of difficult policy differences, and representing the Service across Whitehall
- Liaising closely with counterparts in the police, security and intelligence agencies at home and abroad
- Establishing and maintaining fruitful cooperation with overseas jurisdictions and personally conducting the most sensitive discussions and negotiations with foreign agencies, ministries and governments, including with senior ministers and with heads of government

*Finance*
- Bearing direct and personal responsibility to Parliament for an annual budget currently standing at £740 million and keeping the Service within that budget
- Negotiating regular Comprehensive Spending Review settlements with HM Treasury, providing reassurance on expenditure and securing periodic exceptional increases

*Media*
- Acting as the independent public face of the prosecuting authority
- Devising and leading an entirely new media engagement strategy, including conceiving and implementing a widely praised protocol with media organisations to ease the release of prosecution material
- Establishing close working relationships with editors and other key media figures, giving frequent press interviews and appearing regularly on radio and television

*Independence*
- Guaranteeing at all times the independence of the Service, and maintaining the integrity and fairness of prosecution decision-making across England and Wales

---

**2005 – 2008            Member: Permanent Secretaries' Management Group**

- The successor body to the Civil Service Management Board and the key grouping in Whitehall. Acts as a form of 'main board' for the UK civil service. Sets standards of conduct, assesses broad performance and devises UK wide strategy.

**2003 – 2008**          **Permanent Member: Sentencing Guidelines Council**

- The statutory body chaired by the Lord Chief Justice and composed of senior judges, academics and practitioners. Charged with consulting widely and producing sentencing guidelines for all criminal courts up to and including the Court of Appeal Criminal Division.

**2003 – 2008**          **Permanent Member: Criminal Procedure Rule Committee**

- The statutory body chaired by the President of the Queen's Bench Division and composed of senior judges, policy experts and practitioners. Sets all rules of procedure and practice for the Crown Court and magistrates' courts.

**2003 – 2008**          **Permanent Member: National Criminal Justice Board**

- The interdepartmental body sponsored by the Ministry of Justice, the Home Office and the Attorney General's Office and chaired by the Home Secretary. Composed of senior officials and sets national priorities and direction in consultation with judges, police and prosecutors.

**2003 – 2005**          **Member: Civil Service Management Board**

- The main board for the UK civil service. Superseded by the Permanent Secretaries Management Group in 2005.

_____

**2003**                  **Elected Chairman of the Criminal Bar Association**

**2001 – 2003**          **Director of Education for the Criminal Bar Association**

**2000 - 2003**          **Member: General Management Committee of the Bar**

**2000**                  **Elected to the Bar Council**

_____

**2000 – 2003**          **Founder member: Matrix Chambers**

- Working with the founding group to set up a modern, forward looking set of chambers in anticipation of the complex challenges facing the law in the new century. It brought together public law and human rights expertise with media law, EU and competition law and a strong due process strand. Criminal law, in particular, was to be seen in this broader context with the passage of the Human Rights Act. A highly professional administration and the first organised in-house research department of any chambers, were particular features of our new approach.

- Within five years, Matrix was named 'Chambers of the Year' in the annual Lawyer Awards.

- My practice consisted of exceptionally heavy criminal defence and financial regulatory work. I routinely represented the main defendants in the key terrorist trials of the period. I continued to develop my specialisms in international offences, war crimes and crimes against humanity. I also defended in major city frauds and developed a very substantial practice advising leading corporations and their boards on emerging criminal liability issues, including those involving international sanctions legislation

- It was without precedent when, as a leading defence lawyer, I was appointed Director of Public Prosecutions in 2003.

**1978 – 2000**          **Member: Garden Court Chambers**

- Developing a substantial criminal defence and regulatory practice as a junior. Achieving specialisations in white-collar crime, export licence control, international criminal offences, war crimes, crimes against humanity, genocide and terrorism. Becoming particularly well known for cases involving complex scientific evidence and difficult expert witness issues.

- A member of the Committee of the Criminal Bar Association from 1997

- Taking Silk in 1997 and swiftly developing a leading practice

**1978**          **First pupil to Helena Kennedy QC**

**EDUCATION**

**1978**          **Called to the Bar by the Inner Temple**

**1976-1978**          **Inns of Court School of Law**
Bar finals Part 1 and Part 2

**1971-1974**          **St Edmund Hall, Oxford**
BA (Hons) Politics Philosophy and Economics

**1968-1970**          **Bishops Wordsworth's Grammar School, Salisbury**
A levels