# Exhibit 1



## Charlotte Watson

Senior Legal Adviser at Schillings

London, United Kingdom

Law Practice



Schillings

Self-employed

The University of Edinburgh

391 connections

### View Charlotte Watson's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**Join LinkedIn**

## Summary

I am a senior litigation lawyer with also over 10 years' experience of marketing law firms. I now work as a Senior Legal Adviser at Schillings specialising in media law.

## Charlotte Watson's Articles & Activity

See all 1 articles

 The Law Firm: 1918 and 2018

See more

[SCHILLINGS]

**Schillings**
4 years 5 months

**Senior Legal Adviser**
May 2019 – Present • 3 months

**Legal Director**
March 2015 – April 2019 • 4 years 2 months
Bedford Square

**Governor**
Hanford School Charitable Trust
March 2015 – Present • 4 years 5 months
Dorset

**Media Lawyer**
Self-employed
July 2007 – March 2015 • 7 years 9 months

Working for the Metro, Daily Mail, mail online, Evening Standard, and Independent newspapers giving pre-publication advice on libel, copyright, contempt, trademarks, privacy and all related matters. Also advising occasionally on complaints to the newspapers.

Sign in          Join

### Marketing Manager
Hunters Solicitors
June 2006 – July 2014 • 8 years 2 months

Running the marketing of a medium sized Lincoln's Inn firm including producing the firm's newsletter for which I wrote articles, managing the firm's website , Facebook and LinkedIn pages , overseeing the submission of all directory submissions, managing all the firm's entertainment, merchandising and Seminars and doing all it's PR.

### Partner
Carter-Ruck
September 1989 – November 2002 • 13 years 3 months

Litigation partner in defamation department



### The University of Edinburgh
Master's Degree
1979 – 1983

### Benenden School
1973 – 1978



### Edinburgh University
M.A. ( Hons)

### Governor
Hanford School Charitable Trust
March 2015
Education

Join LinkedIn to see Charlotte's skills, endorsements, and full profile

 Specialist food distributor

Sign in     Join

Media & Entertainment Law Group

 Lawyer Marketing 2.0

View Charlotte Watson's full profile to...

- See who you know in common
- Get introduced
- Contact **Charlotte Watson** directly

Join LinkedIn