**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Shervin Pishevar, | CASE NUMBER |
|---|---|
| | 2:21-mc-00175-JAK-MAA |
| PLAINTIFF(S) | |
| v. | **ORDER TO REASSIGN CASE UPON** |
| Sam Anson, | **RECUSAL OF MAGISTRATE JUDGE** |
| | ☒ FOR DISCOVERY |
| DEFENDANT(S). | ☐ PER GENERAL ORDER 05-07 |

      The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

The Magistrate Judge's impartiality might reasonably be questioned.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

| 03/04/21 | |
|---|---|
| Date | United States Magistrate Judge |

---

**NOTICE TO COUNSEL FROM THE CLERK**

      This case has been randomly referred to Magistrate Judge    Karen L. Stevenson   .
On all documents subsequently filed in this case, please substitute the initials   KS   after the case number in place of the initials of the prior judge, so that the case number will read   2:21-mc-00175 JAK(KSx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   *Previous Magistrate Judge*