UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   MC 21-175-JAK (KSx)                                              Date: March 8, 2021

Title      *In re Application of Shervin Pishevar for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER RE: REQUEST TO PROCEED *EX PARTE* [Dkt. No. 5]**

The Court is in receipt of Petitioner's Request to Proceed *Ex Parte* with his Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782. (Dkt. No. 5 (the "Request").)

Having considered the papers submitted by Petitioner, the Court finds that Petitioner may proceed *ex parte* pursuant to Local Rule 7-19.1.  Accordingly, **IT IS HEREBY ORDERED that Petitioner's Request is GRANTED**.  Petitioner's Application for an Order to Conduct Discovery pursuant to § 1782 (Dkt. No. 1) is taken under submission and an Order will issue.

     **IT IS SO ORDERED**.

                                                                                                       :
                                                                    **Initials of Preparer**   gr