**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7552**

WRITER'S EMAIL ADDRESS
**lucasbento@quinnemanuel.com**

April 20, 2021                                                                                          <u>Via ECF</u>

The Honorable Karen L. Stevenson
United States Magistrate Judge
U.S. District Court for the Central District of California
Roybal Federal Building and Courthouse Courtroom 580
255 E. Temple Street
Los Angeles, CA, 90012

Re:   <u>In re Application of Shervin Pishevar for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, 2:21-mc-00175-JAK-KS</u>

Dear Judge Stevenson:

We are counsel to the Petitioner Shervin Pishevar in the above-captioned matter.  We write on behalf of the Petitioner to provide an update in the related proceeding in the Southern District of New York referred to in the Petitioner's filings in support of the Section 1782 Application that is currently pending before this Court.

The Petitioner previously mentioned in his filings in this matter that a related proceeding, *In re Shervin Pishevar,* 1:19-MC-00503-JGK-SDA (S.D.N.Y.) ("S.D.N.Y. Action"), is pending before Judge John G. Koeltl at the Southern District of New York with an oral argument on the Objections by Marcus Baram, the respondent in that proceeding, adjourned until April 22, 2021 pending Petitioner's investigation of new information, including through the Section 1782 Application here.  *See* ECF No. 1-1 at 14; ECF No. 2 ¶ 15; ECF No. 7 at 2.

On April 9, 2021, in the S.D.N.Y. Action and in response to Judge Koeltl's request for a status update, Petitioner, along with Mr. Baram, filed a status update letter informing Judge Koeltl that Petitioner is awaiting decision from this Court in the present matter, and requested a further adjournment of the oral argument previously scheduled for April 22, 2021 pending Petitioner's investigation, including in the present matter, and any follow up from the information that Respondent Sam Anson may be able to provide.  *See* S.D.N.Y. Action, Dkt. Nos. 107, 108.  On April 15, 2021, Judge Koeltl granted the request, and adjourned the oral argument until June 14, 2021.  *See* S.D.N.Y. Action, Dkt. No. 109.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

2

We remain available to address any questions the Court may have on Petitioner's Application.

We appreciate Your Honor's assistance in this matter.

Respectfully,

*/s/ Lucas V. M. Bento*

Lucas V. M. Bento