QUINN EMANUEL URQUHART & SULLIVAN, LLP
Randa A.F. Osman (Bar No. 150798)
randaosman@quinnemanuel.com
865 South Figueroa Street, Floor 10
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Lucas V.M. Bento (*pro hac vice*)
Jingtian Chen (*pro hav vice*)
lucasbento@quinnemanuel.com
jingtianchen@quinnemanuel.com
51 Madison Avenue, Floor 22
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioner*
*Shervin Pishevar*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782,<br><br>*Petitioner*. | Misc. Action No.2:21-mc-00175 –JAK-KSx_____<br><br>**[PROPOSED] ORDER TO ISSUE SUBPOENAS TO MR. SAM ANSON AUTHORIZING DISCOVERY PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

# [PROPOSED] ORDER

Upon consideration of the unopposed *Ex Parte* Application And Petition For An Order To Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "Application"), submitted by Shervin Pishevar ("Petitioner") and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that:

(a)  the Application is granted;

(b)  Petitioner is authorized to serve the subpoenas annexed as Exhibit 2 to the Declaration of Lucas Bento upon Mr. Sam Anson ("Respondent"); and

(c)  Respondent is directed to respond to such subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of the Central District of California.

**SO ORDERED.**

Date: May 25, 2021          By:_____

                                     HON. KAREN L. STEVENSON